# UNITED STATES NAVY-MARINE CORPS
# COURT OF CRIMINAL APPEALS
# WASHINGTON, D.C.

**Before**
**J.A. FISCHER, T.H. CAMPBELL, D.A. NORKIN**
**Appellate Military Judges**

## UNITED STATES OF AMERICA

v.

## RODNEY A. WILLIAMS
### AIRMAN (E-3), U.S. NAVY

### NMCCA 201500369
### SPECIAL COURT-MARTIAL

**Sentence Adjudged**: 6 Oct 2015.
**Military Judge**: CAPT Ann K. Minami, JAGC, USN.
**Convening Authority**: Commanding Officer, USS NIMITZ (CVN 68).
**Staff Judge Advocate's Recommendation**: LCDR Christopher J. Deerwester, JAGC, USN.
**For Appellant**: LCDR Ryan Mattina, JAGC, USN.
**For Appellee**: Mr. Brian Keller, Esq.

### 25 February 2016

---------------------------------------------------------
### OPINION OF THE COURT
---------------------------------------------------------

After careful consideration of the record, submitted without assignment of error, we affirm the findings and sentence as approved by the convening authority. Art. 66(c), Uniform Code of Military Justice, 10 U.S.C. § 866(c).

For the Court

R.H. TROIDL
Clerk of Court